

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00406-CR

| | | |
|---|---|---|
| Jacob Nathaniel Long | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1472619D) |
| v. | § | July 26, 2018 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment as to count one but no error in the trial court's judgment as to count two. The judgment as to count one is modified to delete the $629 in court costs. It is ordered that the judgment of the trial court as to count one is affirmed as modified. It is ordered that the judgment of the trial court as to count two is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier